BEFORE THE THIRD DIVISION, JULY 17, 1968

**No. P68/315.**—The Newman Imp. Co., Inc., et al. *v.* United States, protests 67/36171, etc. (Los Angeles).

RICHARDSON, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of rubber motorboats similar in all material respects to those the subject of *Andrew Dossett Imp. Inc.* v. *United States* (59 Cust. Ct. 350, C.D. 3167), the claim of the plaintiffs was sustained.